UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN B. WILSON, JOHN WILSON, JR., and LESLIE B. WILSON,<br>    Plaintiffs,<br><br>         v.<br><br>NETFLIX WORLDWIDE ENTERTAINMENT LLC, NETFLIX, INC., JON KARMEN, CHRIS SMITH, LIBRARY FILMS, LLC, and 241C FILMS, LLC,<br>    Defendants. | C.A. No. 21-10894-MLW |

MEMORANDUM AND ORDER

WOLF, D.J.                                                  June 2, 2021

It is hereby ORDERED that:

1. The parties' Joint Motion for Briefing Schedule Order (Dkt. No. 5) is ALLOWED.

2. Defendants shall respond to the Complaint by June 11, 2021. In their motion to dismiss or another pleading, defendants shall address, among other things, the issue of subject matter jurisdiction. When a case is removed to federal court, it must be remanded "if at any time before final judgment it appears that the district court lacks subject matter jurisdiction." 28 U.S.C. §1447(c). "[F]ederal subject matter jurisdiction cannot be conferred on the district courts by the consent of the parties." 13E Wright & Miller, Federal Prac. & Proc., §3603.1 (3d ed. 2018). Therefore, the court has a duty to determine whether subject matter

jurisdiction exists regardless of whether any party raises that issue. See id. Defendants have invoked the court's diversity jurisdiction pursuant to 28 U.S.C. §1332 as grounds for removal. See Notice of Removal at 2 (Dkt. No. 1). That Notice suggests that diversity jurisdiction exists only if plaintiff John Wilson, Jr. has been misjoined. Therefore, it appears that the issue of this court's jurisdiction should be decided before any decisions are made concerning the merits of this case.

3. Plaintiffs shall, by July 9, 2021, respond to defendants' submission.

4. Any replies shall be filed by July 23, 2021.

　　　　　　　　　　　　　　　　／s／ Mark L. Wolf
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE