UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
JOHN B. WILSON, JOHN WILSON,      )
JR., and LESLIE B. WILSON,        )
     Plaintiffs,                  )
                                  )
          v.                      )    C.A. No. 21-10894-MLW
                                  )
NETFLIX WORLDWIDE                 )
ENTERTAINMENT LLC, NETFLIX,       )
INC., JON KARMEN, CHRIS           )
SMITH, LIBRARY FILMS, LLC,        )
and 241C FILMS, LLC,              )
     Defendants.                  )
```

## ORDER

WOLF, D.J.                                          June 17, 2021

On June 2, 2021, the court adopted the parties' proposed briefing schedule and ordered that in any motion to dismiss defendants address, among other things, the issue of subject matter jurisdiction because the court questioned whether diversity jurisdiction pursuant to 28 U.S.C. §1332 exists. See June 2, 2021 Order (Dkt. No. 6), ¶2. On June 11, 2021, defendants filed a motion to dismiss and a supporting memorandum, but did not, as ordered, address the issue of the court's subject matter jurisdiction. See Dkt. Nos. 7-8.

Therefore, it is hereby ORDERED that, by June 21, 2021, defendants shall file:

1. An affidavit and memorandum addressing the issue of subject matter jurisdiction as described in paragraph 2 of the

June 2, 2021 Order, including, but not limited to, the standards and appropriate procedures for determining whether diversity jurisdiction exists, and whether any discovery is necessary to resolve this issue.[1] See, e.g., Valentin v. Hosp. Bella Vista, 254 F.3d 358, 362-63 & n.3 (1st Cir. 2001); Torres-Negron v. J & N Records, LLC, 504 F.3d 151, 162-63 (1st Cir. 2007); Kerns v. United States, 585 F.3d 187, 193 (4th Cir. 2009).

2. Defendants' counsel shall file an affidavit seeking to explain and justify why they did not comply with the June 2, 2021 Order, and, therefore, why they should not be sanctioned pursuant to Federal Rule of Civil Procedure 16(f)(1)(C) for failing to obey the June 2, 2021 Order.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE

---

[1] The court recognizes that defendants included alleged facts in support of their theory concerning subject matter jurisdiction in their May 28, 2021 Notice of Removal. See Docket No. 1. Defendants have not moved, pursuant to Federal Rule of Civil Procedure 21, to have John B. Wilson, Jr. dropped as a party. In any event, it is not clear to the court that defendants' contention that plaintiff John B. Wilson, Jr. has been misjoined is correct.