```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| JOHN B. WILSON, JOHN WILSON, JR., and LESLIE B. WILSON,<br>    Plaintiffs,<br><br>            v.<br><br>NETFLIX WORLDWIDE ENTERTAINMENT LLC, NETFLIX, INC., JON KARMEN, CHRIS SMITH, LIBRARY FILMS, LLC, and 241C FILMS, LLC,<br>    Defendants. | C.A. No. 21-10894-MLW |

## ORDER

WOLF, D.J.                                              June 21, 2021

On June 2, 2021, the court adopted the parties' proposed briefing schedule and ordered that in any motion to dismiss defendants address, among other things, the issue of subject matter jurisdiction because the court questioned whether diversity jurisdiction pursuant to 28 U.S.C. §1332 exists. See June 2, 2021 Order (Dkt. No. 6), ¶2. On June 11, 2021, defendants filed a motion to dismiss and a supporting memorandum, but did not, as ordered, address the issue of the court's subject matter jurisdiction. See Dkt. Nos. 7-8. On June 17, 2021, the court ordered that, by June 21, 2021, defendants address the issue of subject matter jurisdiction, and directed defendants' counsel to file an affidavit seeking to explain and justify why they did not comply with the June 2, 2021 Order. See Dkt. No. 11.

Defendants and their counsel, Joseph Albano, Esq., have responded to the June 17, 2021 Order. In his affidavit Mr. Albano states that he failed to notice and open the hyperlink containing the June 2, 2021 Order which was in an emailed ECF notice with a subject line that stated, in part, "Order on Motion for Extension of Time." Decl. Jonathan M. Albano Pursuant to Para. 2 of the Court's Order of Jun. 17, 2021 ¶¶5-6 (Dkt. No. 12).

The court understands that Mr. Albano made an inadvertent, understandable error. As plaintiffs' response to the June 2, 2021 Order is not due until July 9, 2021, they should not be prejudiced by defendants' delay in briefing the issue of subject matter jurisdiction. In any event, upon request, the court will grant a reasonable extension of time for them to do so.

In view of the foregoing, the court finds that it is neither necessary nor appropriate to consider further whether to impose sanctions on defendants or Mr. Albano for failing to obey the June 2, 2021 Order.

                                                                /s/ [signature]
                                             UNITED STATES DISTRICT JUDGE