UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN B. WILSON, JOHN WILSON, JR., and LESLIE B. WILSON,<br>    Plaintiffs,<br><br>        v.<br><br>NETFLIX WORLDWIDE ENTERTAINMENT LLC, NETFLIX, INC., JON KARMEN, CHRIS SMITH, LIBRARY FILMS, LLC, and 241C FILMS, LLC,<br>    Defendants. | C.A. No. 21-10894-MLW |

ORDER

WOLF, D.J.                                                August 19, 2021

In view of the parties' August 19, 2021 Stipulation Regarding Consent to Remand (Dkt. No. 32), it is hereby ORDERED that this case is REMANDED to the Superior Court of Essex County, Massachusetts without prejudice to being removed by defendants again if it becomes permissible to do so pursuant to 28 U.S.C. §§1446(b)(3) and (c).

                                            /s/ Mark L. Wolf
                                        UNITED STATES DISTRICT JUDGE